OPINION — AG — THE LEGAL TREASURER OF A SCHOOL DISTRICT MUST HANDLE FEDERAL FUNDS FOR VOCATIONAL WORK STUDY PROGRAMS THAT HAVE BEEN ALLOCATED TO THE SCHOOL DISTRICT FOR THE PURPOSE OF PROVIDING EMPLOYMENT TO STUDENTS WHO ARE IN NEED OF EARNINGS FROM SUCH EMPLOYMENT TO CONTINUE TO WORK TOWARD THEIR VOCATIONAL OBJECTIVES. CITE: 70 O.S. 1961 4-19 [70-4-19], 62 O.S. 1961 551 [62-551], 70 O.S. 1961 14 [70-14](B-4) (W. J. MONROE)